UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KHIN PHOO NGON, No. 97102-007,

    Petitioner,

v.

WARDEN FCI-GREENVILLE,

    Respondent.

Case No. 25-cv-1386-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Khin Pho Ngon's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Warden of FCI-Greenville and against petitioner Khin Pho Ngon, and that this case is dismissed with prejudice.

**DATED: February 11, 2026**　　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**